# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOLVERTHA LEYVA,** ) <br> **Plaintiff,** ) <br> v. ) <br> ) <br> **ANDREW M. SAUL, Commissioner** ) <br> **of Social Security,** ) <br> **Defendant.** ) <br> _____ ) | **NO. CV 18-9130-KS** <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: January 24, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE